1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6                                  * * *
7    SUZIE J. MALVERTY,                    )
                                           )
8                  Plaintiff,              )        2:10-CV-00262-PMP-PAL
                                           )
9                                          )
10   vs.                                   )              **ORDER**
                                           )
11   JACQUELINE R. BETTERTON,              )
                                           )
12                 Defendant.              )
                                           )
13   _____)

14           The Court having read and considered Plaintiff Suzie Malverty's Motion to
15   Remand (Doc. #6), filed on March 1, 2010, Defendant Jacqueline Betterton's
16   Response thereto (Doc. #10) filed March 16, 2010, and Plaintiff's Reply (Doc. #13)
17   filed March 23, 2010, and good cause appearing,

18           **IT IS ORDERED that** Plaintiff Suzie Malverty's Motion to Remand
19   (Doc. #6) is **DENIED**.

20
21   DATED:  April 6, 2010.

22
23                                         _____
24                                         PHILIP M. PRO
                                           United States District Judge
25
26